# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| TEMETHA TATUM, ) | |
|     Plaintiff, ) | |
| v. ) | No. 15-2137-SHL-tmp |
| CRICKET COMMUNICATIONS, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's Report and Recommendation, filed May 20, 2015 (See ECF No. 24), recommending that Plaintiff's Motion to Dismiss (ECF No. 23) be granted and that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, Plaintiff's Motion to Dismiss (ECF No. 24) is GRANTED and Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs.

**IT IS SO ORDERED,** this 15th day of June, 2015.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE